UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
:
KRISTEN A. MATEJKA, :
: CASE NO. 1:13-CV-1933
Plaintiff, :
:
v. : OPINION & ORDER
: [Resolving Doc. No. 1]
COMMISSIONER OF SOCIAL :
SECURITY ADMINISTRATION, :
:
Defendant. :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On September 4, 2013, Plaintiff Kristen Matejka filed a complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny her Social Security Disability benefits for lack of disability.[1] Under Local Rule 72.2, the Court referred the petition to Magistrate Judge Kathleen B. Burke for a Report and Recommendation. On June 10, 2014, Magistrate Judge Burke issued a report recommending this Court reverse and remand the Commissioner's decision.[2] The Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **REVERSES AND REMANDS** the Commissioner's decision for further proceedings.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[3]

---

[1] Doc. 1.

[2] Doc. 20.

[3] 28 U.S.C. § 636(b)(1).

Case No. 1:13-CV-1933
Gwin, J.

Parties must file any objections to a Report and Recommendation within fourteen days of service.[4] Failure to object within that time waives a party's right to appeal the magistrate judge's recommendation.[5] Absent objection, a district court may adopt the magistrate judge's report without review.[6]

In this case, neither party objected to the Magistrate Judge's recommendation.[7] Accordingly, the Court **ADOPTS** in whole Magistrate Judge Burke's Report and Recommendation and incorporates it fully herein by reference. The Court **REVERSES AND REMANDS** the Commissioner's decision for further proceedings.

IT IS SO ORDERED.

Dated: July 8, 2014                          s/    *James S. Gwin*
                                             JAMES S. GWIN
                                             UNITED STATES DISTRICT JUDGE

---

[4] Fed. R. Civ. P. 72(a).

[5] *Id.*; *see Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

[6] *Thomas*, 474 U.S. at 149.

[7] Defendant has filed a response indicating it will not object. Doc. 21.